**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JAMES IGNATIUS DIAMOND,**<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION (TRUST),<br>JUSTIN KEMPF - SPECIAL AGENT FBI (TRUSTEE),<br>INTERNAL REVENUE SERVICE (TRUST),<br><br>COUNTY OF RIVERSIDE (TRUST), COUNTY OF RIVERSIDE SHERIFF'S DEPARTMENT (TRUST),<br>CHRISTOPHER D. LOCKWOOD SBN-110853 (Trustee),<br>JOHN DOE DEPUTY SHERIFF (TRUSTEE),<br>JANE DOE DEPUTY SHERIFF (TRUSTEE),<br><br>JOHN DOE TRUCKING COMPANY and<br>JOHN DOE OWNER OF TRUCKING COMPANY,<br><br>Defendants. | **NO. ED CV 14-01922-VBF**<br><br>**RULE 58 FINAL JUDGMENT** |

Consistent with this Court's September 22, 2015 Order Granting plaintiff's motion to voluntarily dismiss without prejudice his claims in the Third Amended Complaint ("TAC") against John Doe Trucking Company and John Doe Trucking Company Owner (Case Management / Electronic Case Filing System Document ("Doc") 74); the November 4, 2015 Order Denying Plaintiff's Application for Default Against the Federal Defendants (Doc 82); the November 12, 2015 Order Granting Plaintiff's Motion to Voluntarily Dismiss Without Prejudice his Claims Against the County of Riverside and the County of Riverside

Sheriff's Department (Document ("Doc") #83); the November 19, 2015 Order Granting the three Federal Defendants' Fed. R. Civ. P. 12(b)(1) / 12(b)(6) Motion to Dismiss the TAC (Doc #84); and the Court's November 24, 2015 Order Granting "Riverside County Defendant" Christopher D. Lockwood's motion to dismiss the TAC, Denying as Moot the Two Previously-Dismissed County Defendants' Motion to Dismiss the TAC, and Dismissing the Doe Deputy Sheriffs (Doc #85), **final judgment is hereby entered in favor of all the defendants and against the plaintiff.**

DATED: November 24, 2015

_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE